1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   CHRISTOPHER HALES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5

6  Attorneys for plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 2:17-CR-156-JAM

12       Plaintiff,                          **STIPULATION AND ORDER CONTINUING
                                             STATUS CONFERENCE AND EXCLUDING
13       v.                                  TIME UNDER THE SPEEDY TRIAL ACT**

14  TIMOTHY BRIAN HARRISON,

15       Defendant.                          Date:  October 3, 2017
                                             Time:  9:15 a.m.
16                                           Court:  Hon. John A. Mendez

17       It is hereby stipulated and agreed by and between plaintiff United States of America, on

18  the one hand, and defendant Timothy Brian Harrison, on the other hand, through their respective

19  undersigned attorneys, that the presently set October 3, 2017, at 9:15 a.m., status conference

20  hearing shall be continued by the Court to November 21, 2017, at 9:15 a.m., to allow defense

21  counsel additional time to review approximately 1,000 + pages of discovery to be produced by

22  the United States, conduct counsel's independent investigation into the facts and applicable law,

23  interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare

24  client's defense.

25       In addition, on September 14, 2017, United States Magistrate Judge Allison Claire ordered

26  that Harrison immediately undergo a 90-day residential drug treatment program.  The residential

27  drug treatment program requires that Harrison have no contact with anyone outside of the people

28                                           1
   STIPULATION & ORDER CONTINUING STATUS
   CONFERENCE AND EXCLUDING TIME

1  involved outside the program for the first 30 days of the program, so defense counsel has limited

2  ability to contact Harrison during this time period.  Based on this "no contact" restriction, the parties

3  stipulate and request that the Court find that Harrison is unavailable during the 30-day time period

4  from September 14, 2017, to and including October 13, 2017, to assist his defense counsel in the

5  preparation of his defense such that his defense counsel will necessarily need additional time to

6  prepare his client's defense within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)

7  and (B)(iv) and Local Rule T4.

8      The parties agree and request the Court find that:  (1) the failure to grant this requested

9  continuance would deny defense counsel reasonable time necessary for effective preparation, taking

10 into account the exercise of due diligence, especially because defendant is unable to participate in

11 the preparation of his own defense for a substantial period of time and there is voluminous

12 discovery in this case; and (2) the ends of justice served by continuing the case as requested

13 outweigh the best interests of the public and the defendant in a speedy trial.

14 ///

15 ///

16 ///

17

18

19

20

21

22

23

24

25

26

27

28

1    The parties further agree and request that the Court order for the purpose of computing time

2  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must

3  commence, the time period from the date of this stipulation, October 2, 2017, to and including the

4  November 21, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C.

5  § 3161(h)(7)(A) and B(iv) and Local Code T4 and to allow defense counsel reasonable time to

6  prepare his client's defense.

7          Dated:  October 2, 2017                    */s/ Daniel Olmos*

8                                                     _____

                                                      DANIEL OLMOS
9                                                     Attorney for defendant
                                                      Timothy Brian Harrison
10                                                    (Per email authorization)

11         Dated:  October 2, 2017                    PHILLIP A. TALBERT
                                                      United States Attorney
12

13                                                    */s/ Samuel Wong*

                                           By:        _____
14                                                    SAMUEL WONG
                                                      CHRISTOPHER HALES
15                                                    Assistant United States Attorneys

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set October 3, 2017, at 9:15 a.m., status conference hearing shall be continued to November 21, 2017, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of the parties' stipulation, October 2, 2017, to and including the November 21, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare his client's defense.

IT IS SO ORDERED.

Dated: 10/2/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge