1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS LLP
2  600 University Avenue
   Palo Alto, CA  94301
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4

5
   Counsel for Defendant
6  Timothy Harrison

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-00156 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO POST SECURITY FOR BOND** |
| TIMOTHY HARRISON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff United States of America and Defendant Timothy Harrison, through undersigned counsel, that the deadline for Defendant Harrison to post security for the $50,000 bond ordered by the Court be extended to October 20, 2017.

On September 13, 2017, Defendant Harrison was ordered released on various terms and conditions including a $50,000 secured bond. *See* Docket No. 4. At that hearing, the Court granted Defendant two weeks to post security for the bond. However, following that appearance, Mr. Harrison had a dirty urine sample and, as a result, was subsequently ordered to complete a 90-day residential treatment program as a condition of his pretrial release. At a September 14 hearing on

that issue, undersigned defense counsel notified the Court that the residential program might necessitate an extension on the two-week deadline to post security for the bond.

Since September 14, the parties have met and conferred regarding posting of the security. As of the filing of this stipulation, the defense has completed most steps necessary to post the $50,000 security with the Clerk's Office, but several tasks remain. Undersigned defense counsel believes that he can complete those tasks no later than October 20, 2017.

For the foregoing reasons, the parties stipulate to extend the deadline to post security for the bond in this matter to October 20, 2017.

IT IS SO STIPULATED:

Dated: October 10, 2017                NOLAN BARTON & OLMOS LLP


                                        /S/ Daniel B. Olmos
                                       ---------------------------------
                                       Daniel B. Olmos
                                       Attorney for Defendant Timothy Harrison


Dated: October 10, 2017                PHILLIP A. TALBERT

                                       United States Attorney


                                       By: /S/ Samuel Wong
                                       ---------------------------------
                                       Samuel Wong
                                       Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY HARRISON,<br><br>Defendant. | Case No.: 2:17-CR-00156 JAM<br><br>**ORDER TO EXTEND DEADLINE TO POST SECURITY FOR BOND** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the deadline for Defendant Timothy Harrison to post security for the $50,000 bond be extended to October 20, 2017. All other conditions of release shall remain the same.

Dated: October 11, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE