MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
CHRISTOPHER HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-156-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| TIMOTHY BRIAN HARRISON, | |
| Defendant. | Date: January 16, 2018<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Timothy Brian Harrison, on the other hand, through their respective undersigned attorneys, that the presently set January 16, 2018, at 9:15 a.m., status conference hearing shall be continued by the Court to February 27, 2018, at 9:15 a.m., to allow defense counsel additional time to review with his client approximately 1,000 + pages of discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare client's defense.

In particular, on September 14, 2017, United States Magistrate Judge Allison Claire ordered that Harrison immediately undergo a 90-day residential drug treatment program. Harrison completed the residential drug treatment program in approximately mid-December 2017, but his participation in

1
STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME

1 the program made it much more difficult for him to meet with his defense counsel during the
2 program. In addition, due to other work commitments and the winter holidays, defense counsel has
3 not been able to finish reviewing the discovery with Harrison and fully discuss with Harrison the
4 preparation of Harrison's defense. Defense counsel will necessarily need additional time to
5 accomplish the aforementioned tasks and prepare his client's defense within the meaning of the
6 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Rule T4.

The parties agree and request the Court find that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 12, 2018, to and including the February 27, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 and to allow defense counsel reasonable time to prepare his client's defense.

Dated: January 12, 2018            */s/ Daniel Olmos*
                                   _____
                                   DANIEL OLMOS
                                   Attorney for defendant
                                   Timothy Brian Harrison
                                   (Per email authorization)

Dated: January 12, 2018            MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Samuel Wong*
                            By:    _____
                                   SAMUEL WONG
                                   CHRISTOPHER HALES
                                   Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 16, 2018 at 9:15 a.m., status conference hearing shall be continued to February 27, 2018, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of the parties' stipulation, January 12, 2018, to and including the February 27, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare his client's defense.

IT IS SO ORDERED.

Dated: 1/12/2018

/s/ John A. Mendez\
JOHN A. MENDEZ\
United States District Court Judge