1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   CHRISTOPHER HALES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5

6  Attorneys for plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-156-JAM

12        Plaintiff,                      **STIPULATION AND ORDER CONTINUING
                                          STATUS CONFERENCE AND EXCLUDING
13        v.                              TIME UNDER THE SPEEDY TRIAL ACT**

14 TIMOTHY BRIAN HARRISON,

15        Defendant.                      Date:  April 24, 2018
                                          Time:  9:15 a.m.
16                                        Court:  Hon. John A. Mendez

17        It is hereby stipulated and agreed by and between plaintiff United States of America, on

18 the one hand, and defendant Timothy Brian Harrison, on the other hand, through their respective

19 undersigned attorneys, that the presently set April 24, 2018, at 9:15 a.m., status conference

20 hearing shall be continued by the Court to June 26, 2018, at 9:15 a.m., to allow defense counsel

21 additional time to review with his client approximately 1,000 + pages of discovery produced by

22 the United States, conduct counsel's independent investigation into the facts and applicable law,

23 interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare

24 client's defense.

25        Due to other work commitments, defense counsel, Daniel Olmos, Esq., has not been able to

26 finish reviewing the discovery with Harrison and fully discuss with Harrison the preparation of

27 Harrison's defense.  Defense counsel will necessarily need additional time to accomplish the

28                                          1
   STIPULATION & ORDER CONTINUING STATUS
   CONFERENCE AND EXCLUDING TIME

1  aformentioned tasks and prepare his client's defense within the meaning of the Speedy Trial Act, 18

2  U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Rule T4.

3        In addition, presently, Mr. Olmos is in trial for a another client facing felony charges in

4  Modesto, and, thus, Mr. Olmos is unavailable for the April 24, 2018, status hearing.

5        The parties agree and request the Court find that:  (1) the failure to grant this requested

6  continuance would deny defense counsel reasonable time necessary for effective preparation, taking

7  into account the exercise of due diligence, and deny Harrison continuity of counsel; and (2) the ends

8  of justice served by continuing the case as requested outweigh the best interests of the public and the

9  defendant in a speedy trial.

10       The parties further agree and request that the Court order for the purpose of computing time

11 under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must

12 commence, the time period from the date of this stipulation, April 23, 2018, to and including the June

13 26, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C.

14 § 3161(h)(7)(A) and B(iv) and Local Code T4 and to allow defense counsel reasonable time to

15 prepare his client's defense, and Harrison continuity of counsel.

16       Dated:  April 23, 2018              /s/ Daniel Olmos

17                                    _____
                                      DANIEL OLMOS
18                                    Attorney for defendant
                                      Timothy Brian Harrison
19                                    (Per email authorization)

20       Dated:  April 23, 2018              MCGREGOR W.  SCOTT
                                      United States Attorney
21

22                                    /s/ Samuel Wong
                          By:         _____
23                                    SAMUEL WONG
                                      CHRISTOPHER HALES
24                                    Assistant United States Attorneys

25

26

27

28

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set April 24, 2018 at 9:15 a.m., status conference hearing shall be continued to June 26, 2018, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny Harrison continuity of counsel; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of the parties' stipulation, April 23, 2018, to and including the June 26, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare his client's defense, and Harrison continuity of counsel.

IT IS SO ORDERED.

Dated:    4/24/2018

/s/John A. Mendez_____\
JOHN A. MENDEZ\
United States District Court Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          3