Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Timothy Harrison

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.: CR 17-00156 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING ON MOTION TO SUPPRESS** |
| TIMOTHY HARRISON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Samuel Wong, and Defendant Timothy Harrison, through his attorney Daniel Olmos, that the briefing schedule and hearing date for the anticipated defense motion to suppress be continued at the request of undersigned defense counsel.

Defendant Harrison and the Government previously agreed upon a briefing schedule for an anticipated defense motion to suppress, which was subsequently ordered by the Court, as follows: Defense motion to be filed no later than July 17, 2018, the Government's response to be filed no later than August 7, 2018, any reply to be filed by August 14, 2018, and a hearing date of August 28, 2018. *See* Docket No. 23. Due to unforeseen work obligations, undersigned defense counsel will be unable to file his opening brief by July 17, and the parties therefore stipulate to the following briefing schedule: Defense motion to be filed no later than July 31, 2018, the Government's response

to be filed no later than August 21, 2018, any reply to be filed by August 28, 2018, and a hearing date (if necessary) of September 11, 2018.

The stipulated revised briefing schedule and hearing date will not affect the trial date of November 5, 2018. Time within which the trial of this matter must be commenced under the Speedy Trial Act has previously been excluded through and including that date.

For the foregoing reasons, the parties stipulate to continue the briefing schedule and hearing date on any defense motion to suppress as described above.

IT IS SO STIPULATED:

Dated: July 14, 2018                    NOLAN BARTON & OLMOS LLP


_____
                                        /S/
                                        Daniel B. Olmos
                                        Attorney for Defendant Timothy Harrison


Dated: July 14, 2018                    MCGREGOR W. SCOTT, United States Attorney


_____
                                        /S/
                                        By: Samuel Wong
                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

               Plaintiff,

      v.

TIMOTHY HARRISON,

             Defendant.

Case No.: CR 17-00156 JAM

**[PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING ON MOTION TO SUPPRESS**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that any Defense motion to suppress be filed no later than July 31, 2018, the Government's response be filed no later than August 21, 2018, any reply be filed by August 28, 2018, and a hearing date (if necessary) shall be held on September 11, 2018, at 9:15 a.m.

Dated: July 16, 2018

/s/ John A. Mendez
The Hon. John A. Mendez
United States District Court Judge