| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | CHRISTOPHER HALES |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2772 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-156 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND MOTIONS HEARING DATE |
| v. | COURT: Hon. John A. Mendez |
| TIMOTHY HARRISON, | |
| Defendant. | |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Timothy Harrison, on the other hand, that the Court enter the proposed Order below encompassing the parties' stipulation to adopt the new briefing schedule and motions hearing date as follows to allow the United States additional time to prepare its opposition to the motion:

1. United States' opposition to Harrison's motion to suppress shall be due on September 4, 2018;
2. Harrison's reply, if any, shall be due on September 11, 2018; and
3. The non-evidentiary hearing on Harrison's motion to suppress shall be set on September 18, 2018, at 9:15 a.m.

///

///

1

4. In the event that the Court deems it necessary to hear evidence on the motion, the Court shall determine the date of the evidentiary hearing at the September 18, 2018, hearing.

                                                                 MCGREGOR W. SCOTT
                                                                 United States Attorney

Dated: August 17, 2018

                                                  By:   */s/ Samuel Wong*
                                                                */s/ Christopher Hales*
                                                                SAMUEL WONG
                                                                CHRISTOPHER HALES
                                                                Assistant United States Attorneys

Dated: August 17, 2018                                By:   */s/ Daniel Olmos*

                                                                DANIEL OLMOS

                                                                Attorney for defendant
                                                                Timothy Harrison

---

## ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

It is so ORDERED.

Dated: August 20, 2018

                                                                  /s/ John A Mendez
                                                                 JOHN A. MENDEZ
                                                                United States District Court Judge