1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   CHRISTOPHER HALES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5  Facsimile: (916) 554-2900

6

   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-156 JAM |
|---|---|
12 | | STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND MOTIONS HEARING DATE |
13 | Plaintiff, | |
14 | v. | COURT: Hon. John A. Mendez |
15 | TIMOTHY HARRISON, | |
16 | Defendant. | |

17

18   It is hereby stipulated by and between plaintiff United States of America, on the one hand, and

19 defendant Timothy Harrison, on the other hand, that the Court enter the proposed Order below

20 encompassing the parties' stipulation to adopt the new briefing schedule and motions hearing date as

21 follows to allow the United States additional time to prepare its opposition to the motion:

22   1. United States' opposition to Harrison's motion to suppress shall be due on September 11,
23      2018;

24   2. Harrison's reply, if any, shall be due on September 18, 2018; and

25   3. The non-evidentiary hearing on Harrison's motion to suppress shall be set on September 25,
26      2018, at 9:15 a.m.

27 ///

28 ///

1

4. In the event that the Court deems it necessary to hear evidence on the motion, the Court shall determine the date of the evidentiary hearing at the September 25, 2018, hearing.

        MCGREGOR W. SCOTT
        United States Attorney

Dated: September 3, 2018

By: */s/ Samuel Wong*
    */s/ Christopher Hales*
    SAMUEL WONG
    CHRISTOPHER HALES
    Assistant United States Attorneys

Dated: September 3, 2018

By: */s/ Daniel Olmos*

DANIEL OLMOS

Attorney for defendant
Timothy Harrison

---------------------------------------------------------------------------

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

It is so ORDERED.

Dated: September 4, 2018        /s/ John A. Mendez

        JOHN A. MENDEZ
        United States District Court Judge