McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-156-JAM |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE HEARING; STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TIMOTHY BRIAN HARRISON, | DATE: September 25, 2018 |
| Defendant. | TIME: 9:15 a.m. COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for suppression hearing and trial confirmation hearing on September 25, 2018.

2.      By this stipulation, the parties now move to continue the suppression hearing and trial confirmation hearing until October 2, 2018, and to exclude time between September 25, 2018, and October 2, 2018, under Local Codes E and T4.  The parties believe they may have reached a resolution in this matter prior to the October 2, 2018 court date.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 1,000 pages of discovery, including discovery regarding numerous dig sites, GPS

1    tracking information, and items seized during a search warrant, including alleged

2    methamphetamine.  All of this discovery has been either produced directly to counsel and/or

3    made available for inspection and copying.

4         b)     Counsel for defendant desires additional time to consult with his client, review

5    discovery in this matter, discuss potential resolutions with his client, and to otherwise prepare for

6    trial.

7         c)     Counsel for defendant believes that failure to grant the above-requested

8    continuance would deny him/her the reasonable time necessary for effective preparation, taking

9    into account the exercise of due diligence.

10        d)     The government does not object to the continuance.

11        e)     Based on the above-stated findings, the ends of justice served by continuing the

12   case as requested outweigh the interest of the public and the defendant in a trial within the

13   original date prescribed by the Speedy Trial Act.

14        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15   et seq., within which trial must commence, the time period of September 25, 2018 to October 2,

16   2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

17   T4] because it results from a continuance granted by the Court at defendant's request on the basis

18   of the Court's finding that the ends of justice served by taking such action outweigh the best

19   interest of the public and the defendant in a speedy trial.

20        g)     Because defendant's suppression motion remains pending (ECF 26) and has not

21   yet been resolved, the time period of September 25, 2018 to October 2, 2018, inclusive, is also

22   deemed excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) for delay resulting

23   from any pretrial motion, from the filing of the motion through the conclusion of the hearing on,

24   or other prompt disposition of, the motion.

25   ///

26   ///

27   ///

28        4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 21, 2018                    McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ CHRISTOPHER S. HALES
                                             SAMUEL WONG
                                             CHRISTOPHER S. HALES
                                             Assistant United States Attorneys


Dated:  September 21, 2018                    /s/ DANIEL OLMOS
                                             DANIEL OLMOS
                                             Counsel for Defendant
                                             TIMOTHY BRIAN HARRISON




## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of September, 2018.


                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE