1 Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
2 600 University Avenue
Palo Alto, CA 94301
3 Tel. (650) 326-2980
Fax (650) 326-9704
4
5 Counsel for Defendant
Timothy Harrison

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY HARRISON<br><br>　　　　Defendant. | Case No.: CR 17-00156 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff United States of America, through Assistant United States Attorneys Samuel Wong and Miriam Hinman, and Defendant Timothy Harrison, through his attorney Daniel Olmos, that the sentencing hearing in this matter be continued from January 29, 2019, to February 26, 2019, at the request of defense counsel and the Probation Office.

On December 4, 2018, the United States provided to the defense and the Probation Office discovery relevant to sentencing, including an amended damages assessment which directly affects the appropriate loss calculation in this case. Due to this recent discovery, the Probation Office has requested additional time to prepare its Presentence Report, and the defense joins because it also needs additional time to consider the impact of the discovery in its preparation for the sentencing hearing. The United States does not oppose this request.

The parties agree that good cause exists for the continuance.

IT IS SO STIPULATED:

Dated: December 17, 2018                  NOLAN BARTON & OLMOS LLP

                                                   /S/ Daniel B. Olmos
                                                Daniel B. Olmos
                                                Attorney for Defendant Timothy Harrison

Dated: December 17, 2018                  MCGREGOR W. SCOTT

                                              United States Attorney

                                              By:   */s/ Samuel Wong*
                                                Samuel Wong
                                                Assistant United States Attorney
                                                Attorney for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 17-00156 JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE SENTENCING HEARING** |
| TIMOTHY HARRISON, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter be continued from January 29, 2019, to February 26, 2019 at 9:15 a.m.

IT IS SO ORDERED.

Dated: 12/18/2018  /s/ John A. Mendez_____
The Hon. John A. Mendez
United States District Court Judge