UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY BRIAN HARRISON,<br><br>　　　　　　Defendant. | No.  2:17-cr-00156-JAM-1<br><br>**ORDER FOR VOLUNTARY SURRENDER** |

　　　Defendant Timothy Brian Harrison, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California before 2:00 p.m. on April 23, 2019.  The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

　　　The Court reserves jurisdiction over this matter, and will only change the date or time of voluntary surrender upon motion

1

of either the defendant or the government with good cause appearing.

The Clerk is directed to serve the U.S. Marshals Service a copy of the order.

IT IS SO ORDERED.

Dated: February 26, 2019

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE