IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>TIMOTHY BRIAN HARRISON,<br><br>                Defendant. | CASE NO. 2:17-CR-00156 JAM<br><br>ORDER REQUIRING PAYMENT OF CURRENCY HELD BY THE UNITED STATES MARSHALS SERVICE TO THE CLERK OF THE COURT TO BE APPLIED TO RESTITUTION |

Today, the Court sentenced defendant Timothy Brian Harrison to a custodial sentence of one year and one day, as well as payment of criminal monetary obligations including a $225 special assessment and $113,000 in restitution. The parties' plea agreement states that Defendant will pay $100,000 towards his restitution prior to sentencing, and he agrees that the $13,000 in U.S. currency seized from his home during the execution of a search warrant on May 24, 2013, shall be applied to his restitution obligation. ECF No. 36. Defendant has paid the $100,000 to the Clerk of Court. Based on the foregoing, and good cause appearing therefrom, the Court hereby ORDERS as follows:

1. The Clerk of Court shall apply defendant Timothy Brian Harrison's previous $100,000 payment towards his restitution obligation stated in the judgment in a criminal case (the Judgment);

2. Within twenty (20) days of the filing of this order, the United States Marshals Service shall deliver to the Clerk of Court a check or money order in the amount of $13,000 and made payable to the "Clerk of Court" (the Payment).

3. The United States Marshals Servicers shall mail or deliver the Payment to the Office of the

Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The United States Marshals Service shall also state the docket number (Case No.: 2:17-cr-156 JAM) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment; and

    4.    Upon receipt, the Clerk of Court shall apply the $13,000 towards Defendant's unpaid restitution obligation as stated in the Judgment.

IT IS SO ORDERED.

Dated: 2/27/2019                                            /s/ John A. Mendez
                                                                              JOHN A. MENDEZ
                                                                              United States District Court Judge