Daniel B. Olmos, Esq., (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
TIMOTHY HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY HARRISON,<br><br>Defendant. | Case No. 2:17-cr-00156-JAM<br><br>**STIPULATION AND ORDER DIRECTING RECONVEYANCE OF TITLE TO PROPERTY TRANSFERRED AS COLLATERAL FOR BOND** |

IT IS HEREBY STIPULATED AND AGREED between the United States of America, through Assistant United States Attorney Miriam Hinman, and Defendant Timothy Harrison, through his attorney Daniel Olmos, that the Deed of Trust on Mr. Harrison's real property recorded in favor of the Clerk of the United States District Court, Eastern District of California, to secure Mr. Harrison's pretrial bond be fully reconveyed to Mr. Harrison, and the bond be exonerated.

///

///

///

STIPULATION AND [PROPOSED] ORDER FOR RECONVEYANCE
*U.S. V. HARRISON*, 2:17-cr-00156-JAM            1

IT IS SO STIPULATED:

Dated: April 19, 2019                    NOLAN BARTON & OLMOS, LLP

                                          /s/ Daniel B. Olmos
                                         Daniel B. Olmos
                                         Attorney for Defendant Timothy Harrison

Dated: April 19, 2019                    UNITED STATES OF AMERICA

                                          /s/ Miriam R. Hinman
                                         Miriam R. Hinman
                                         Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the Clerk of the United States District Court, Eastern District of California, shall execute a full reconveyance of the Deed of Trust to Mr. Harrison's real property that was recorded in favor of the Clerk of Court to secure Mr. Harrison's bond.

Dated: April 19, 2019

                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE