| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | CHRISTOPHER HALES |
| 3 | MIRIAM HINMAN |
| | Assistant United States Attorney |
| 4 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00156-JAM |
| Plaintiff, | |
| v. | **STIPULATION REGARDING RETURNING RESTITUTION OVERPAYMENT TO DEFENDANT; AND ORDER** |
| TIMOTHY BRIAN HARRISON, | |
| Defendant. | |

Defendant Timothy Brian Harrison has overpaid his restitution order by $316.23 (the Overpayment). The United States and Defendant file this stipulation seeking an order directing the Clerk of Court to return the Overpayment to Defendant. The parties hereby stipulate as follows:

1. Following his convictions, the Court ordered Defendant to pay a $225 special assessment and $113,000 in restitution, for the total judgment amount of $113,225. Judgment in a Criminal Case (the Judgment). ECF No. 51.

2. The United States recovered a total of $113,541.23 from Defendant, resulting in the $316.23 Overpayment.

3. The parties agree the Overpayment can and should be returned to Defendant. They further agree the Clerk of Court should mail, via First Class U.S. Mail, a check or money order in the sum of $316.23 made payable to Defendant at the following address:

Stipulation Re Restitution
Overpayment; [Proposed] Order                 1

1     Federal Bureau of Prisons

2     Timothy Brian Harrison

3     Register Number: 76900-097

4     Post Office Box 474701

5     Des Moines, Iowa 50947-0001

6     4.     Accordingly, the United States and Defendant, by their authorized representatives, request that the Court sign the accompanying proposed order directing the Clerk of the Court to pay the $316.23 overpayment to defendant Timothy Brian Harrison at his address stated above.

Respectfully submitted,

FOR THE UNITED STATES:     McGREGOR W. SCOTT
United States Attorney

Dated: June 4, 2019     By: */s/ Miriam R. Hinman*
SAMUEL WONG
CHRISTOPHER HALES
MIRIAM HINMAN
Assistant United States Attorneys

FOR DEFENDANT TIMOTHY BRIAN HARRISON:

Dated: June 4, 2019     By: */s/ Daniel B. Olmos*
DANIEL B. OLMOS
Attorney for defendant
TIMOTHY BRIAN HARRISON

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation Regarding Returning Restitution Overpayment to Defendant, and good cause appearing therefrom, hereby ORDERS that the Clerk of Court shall, within 30 days from the filing of this signed order, mail, via First Class U.S. Mail, a check or money order in the sum of $316.23 made payable to defendant Timothy Brian Harrison at the following address:

> Federal Bureau of Prisons
> Timothy Brian Harrison
> Register Number: 76900-097
> Post Office Box 474701
> Des Moines, Iowa 50947-0001

IT IS SO ORDERED.

Dated: June 5, 2019 /s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE